UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM J. WISE,

    Plaintiff,

v.

17TH CIRCUIT COURT, et al.,

    Defendants.
_____/

Case No. 1:23-cv-20

HON. JANE M. BECKERING

**ORDER**

This is a civil action filed by a *pro se* litigant. Defendants filed a Motion to Dismiss (ECF No. 9). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 20) on April 24, 2023, recommending that Defendant's motion to dismiss be granted and that this case be terminated. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). The Court will adopt the Report and Recommendation. Plaintiff also filed a Motion to voluntarily withdraw certain claims (ECF No. 21). The Court will dismiss Plaintiff's motion as moot. Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 20) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 9) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Motion to voluntarily withdraw certain claims (ECF No. 21) is DISMISSED as moot.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

2

A Judgment will be entered consistent with this Order.

Dated:  May 16, 2023 	/s/ Jane M. Beckering	
JANE M. BECKERING
United States District Judge